No. 01–7221.  MARROQUIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7222.  JIMENEZ ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7223.  RAMOS *v.* UNITED STATES; HERNANDEZ MORALES *v.* UNITED STATES; and DURON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 273 F. 3d 1099 (first judgment) and 1100 (second and third judgments).

No. 01–7224.  ROGERS *v.* JONES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–7225.  REID *v.* PRICE, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–7226.  RAMIREZ-MENESES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7231.  SEKO *v.* BOEING CO.  C. A. 8th Cir.  Certiorari denied.

No. 01–7233.  BERHANU *v.* NEW YORK STATE INSURANCE FUND ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–7235.  WYNER *v.* MANHATTAN BEACH UNIFIED SCHOOL DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–7236.  GORDON *v.* KINGS COUNTY HOSPITAL CENTER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–7239.  JOHNSON *v.* LAMBERT.  C. A. 9th Cir.  Certiorari denied.

No. 01–7241.  WOMACK *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–7249.  MILLER *v.* CHAMPION.  C. A. 10th Cir.  Certiorari denied.

No. 01–7257.  BARKER *v.* FUGAZZI ET AL.  C. A. 9th Cir.  Certiorari denied.